# United States District Court
## CRIMINAL MINUTES - SENTENCING AND JUDGMENT

Time Commenced: 9:44 a.m.  
Time Concluded: 10:06 a.m.  
Case No.: 5:10cr56(1)-RS  
Date: March 16, 2011

PROCEEDINGS: **Sentencing**

PRESENT:  HON. **Richard Smoak**, JUDGE

| Lori Masso | Kristin Cowdell | Liz Tiedemann | Gayle Littleton |
|---|---|---|---|
| Probation Officer | Deputy Clerk | Court Reporter | Asst. U.S. Attorney |

U.S.A v. (DEFENDANT LISTED BELOW)  
(1) **JOHN R SHANNONHOUSE**  
✔ present __ custody ✔ bond __ O/R

ATTORNEYS FOR DEFENDANT  
(1) Jonathan Dingus  
✔ present __ apptd. ✔ retained

- ✔ DFT has read the presentence investigation (PSR) report and has discussed it with his/her attorney.
- __ Objections were made to the PSR.
- __ Notice of Enhancement filed __ Court Question defendant about prior conviction
- ✔ DEFENDANT ADJUDICATED GUILTY OF COUNT(S): 1 *(@ Arraignment)*

**SENTENCE IMPOSED:**
- ✔ DFT remanded to custody of Bureau of Prisons on count(s) 1 imprisonment for a term of 6 months
  ** ALL Counts to run _____ CONCURRENTLY *-or-* _____ CONSECUTIVELY

- __ Additional recommendation:
  - __ Substance Abuse Treatment while in the custody of BOP
  - __ Mental Health Treatment while in the custody of BOP
  - __ Intensive Confinement Center (ICC)

- ✔ FINE PAYMENT: ✔ Fine waived; __ Fine of $___; ✔ Special Monetary Assessment of $ 100

- ✔ Dft is liable for restitution of:
  - $120,594.27 made payable to ARINC Inc.
  - $_____ made payable to _____
  - $_____ made payable to _____

- ✔ DFT is jointly and severally liable for restitution with Deborah L. Gibbons

- ✔ S/R or PROBATION. Dft is under:
    - ✔ Supervised Release upon completion of term of imprisonment for a period of:
        Count 1: __3__ years
    - ___ Probation for a period of ____ years.
    - ✔ Home Detention of __6__ months

    With the following special conditions or modifications:
    - ___ DFT to be deported upon release from BOP
    - ___ DFT shall cooperate with the US Probation Officer and the Dept.of Homeland Security regarding Immigration status.
        If removed dft shall not re-enter the United States without permission of the Dept. of Homeland Security.
    - ___ DFT to report to the USPO in the district where released within 72 hours of release from custody of BOP.
    - ✔ DFT shall not own or possess a firearm (including ammunition), dangerous weapon or destructive device.
    - ___ DFT shall be evaluated for substance abuse and referred to treatment as determined necessary through an evaluation process. The defendant may be tested for the presence of illegal controlled substances or alcohol at any time during the term of supervision.
        - ___ DFT shall participate in a program of substance abuse treatment;
        - ✔ DFT shall participate in a program of mental health treatment.
    - ✔ DFT shall provide requested financial information to the U.S. Probation Officer.
    - ___ DFT shall make any unpaid fine on a payment schedule to be determine by the US Probation Officer.
    - ___ DFT shall make any unpaid restitution on a payment schedule to be determine by the US Probation Officer.
    - ___ Upon release dft to: ___ maintain employment or enroll as full-time student; ___ complete High School Education.
    - ___ DFT shall notify the probation officer ten days prior to any change of residence or employment.
    - ___ DFT shall cooperate with the US Probation Officer and/or the appropriate state agency in the establishment and enforcement of child support payments
    - ✔ DFT shall cooperate with the probation office in the collection of DNA samples as required by 42 U.S.C. § 14135a.
    - ✔ ADDITIONAL TERMS: Defendant shall participate in the Location Monitoring Program for a term of six (6) months & shall abide by all technology requirements. Any unpaid portion of the restitution shall be paid in monthly installments of not less than $250. These payments are to commence three (3) months after release from imprisonment.

- ✔ CUSTODY STATUS
    - ___ DFT committed to the custody of the U.S. Department of Justice.
    - ✔ DFT to surrender to USMS at _Panama City, Florida_ no later than _11:00 A.M. CDT_ on _5/9/11_.
    - ✔ DFT remains on bond, pending surrender, with the same terms and conditions

- ___ Remaining count(s) ____ are DISMISSED on government motion.

- ✔ Court informs Dft of right to appeal.
    - ___ Dft request that the Clerk of Court file a notice of Appeal on his/her behalf.

- ___ Court recommends place of incarceration at / near _____.

**Additional Court Notes:**
9:44   Court in Session
       Counsel state their appearances (GL)(JD)
       Defendant John Shannonhouse addresses the Court.

   **Sentence Imposed:**

   Count 1: 6 months imprisonment; 3 years S/R; fine waived; $100 SMA; restitution in the amount of $120,594.27.

   Deft is to self-surrender to the USMS in Panama City, Florida no later than 11:00 A.M. CDT, on Monday, May 9, 2011
   No objections to sentence imposed
   Deft advised of Right to Appeal *(must be filed w/in 14 days)*
10:06 Court Adjourned